# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 09-10896

United States Court of Appeals
Fifth Circuit
**FILED**
December 2, 2009

Charles R. Fulbruge III
Clerk

ALONZO S. CURRY,

    Plaintiff - Appellant

v.

ELLIS COUNTY, TEXAS,

    Defendant - Appellee

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 7 2009
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal is dismissed as of December 2, 2009, for want of prosecution. The appellant failed to timely pay docketing fee.

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana     DEC 2 2009

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 02, 2009



Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

   No. 09-10896,  Alonzo Curry v. Ellis County, Texas
        USDC No. 3:08-CV-1675

Enclosed is a copy of the judgment issued as the mandate.

                         CHARLES R. FULBRUGE III, Clerk

                         By: Renee McDonough
                         Renee S. McDonough, Deputy Clerk
                         504-310-7673

cc: w/encl:
     William Lee Auvenshine
Mr. Alonzo S. Curry